# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-247-FDW-DCK

| | |
|---|---|
| **NICHELLE ROSEBORO,** | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **EATON CORPORATION DISABILITY PLAN FOR U.S. EMPLOYEES** and **EATON HEALTH AND WELFARE ADMINISTRATIVE COMMITTEE,** | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To File Administrative Record And Cross Motions Under Seal" (Document No. 15) filed October 16, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, Local Rule 6.1, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

Inasmuch as the time for public response has not run to this motion, the Court will consider any objection to this Order from non-parties as an objection to the motion, requiring no additional burden for any non-party under the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To File Administrative Record And Cross Motions Under Seal" (Document No. 15) is **GRANTED**. The Administrative Record and Cross Motions shall be sealed by the Clerk of Court upon filing subject to further order by this Court.

Signed: October 18, 2018

David C. Keesler
United States Magistrate Judge