IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-247-FDW-DCK

| | |
|---|---|
| NICHELLE ROSEBORO, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| EATON CORPORATION DISABILITY PLAN FOR U.S. EMPLOYEES & EATON HEALTH AND WELFARE ADMINISTRATIVE COMMITTEE, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 39) filed by Jill S. Stricklin, concerning Andrew G. Fiorella on May 2, 2019. Mr. Andrew G. Fiorella seeks to appear as counsel *pro hac vice* for Defendants Eaton Corporation Disability Plan for U.S. Employees & Eaton Health and Welfare Administrative Committee. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 39) is **GRANTED.** Mr. Andrew G. Fiorella is hereby admitted *pro hac vice* to represent Defendants Eaton Corporation Disability Plan for U.S. Employees & Eaton Health and Welfare Administrative Committee.

**SO ORDERED**.

Signed: May 2, 2019

David C. Keesler
United States Magistrate Judge