# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Nichelle Roseboro**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00247-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Eaton Corporation Disability Plan for U.S. Employees | ) | |
| | | |
| Eaton Health and Welfare Administrative Committee**,** Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 12, 2019 Order.

August 12, 2019

Frank G. Johns, Clerk
United States District Court